UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FREDERICK DOUGLAS BENNETT, SR., ) NO. ED CV 16-132-CAS(E)
)
              Plaintiff, )
)
  v. ) ORDER OF DISMISSAL
)
CAREY DAVIS, et al., )
)
)
             Defendants. )
_____)

**BACKGROUND**

    Plaintiff, a detainee at the West Valley Detention Center, filed this civil rights action on January 21, 2016, pursuant to 42 U.S.C. section 1983, accompanied by a "Request to Proceed Without Prepayment of Filing Fees With Declaration in Support. On January 25, 2016, the Court granted Plaintiff's request to proceed without prepayment of filing fees, permitting Plaintiff to file the action in forma pauperis ("IFP").

///

///

Under the Prison Litigation Reform Act, Pub L. No. 104-134, 110 Stat. 1321 (1996), a prisoner may not bring a civil action IFP if, on three (3) or more previous occasions, the prisoner has brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous or malicious or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). This Court's review of the docket of this Court and other Courts in this Circuit showed that Plaintiff previously had filed a number of actions which appeared to qualify as "strikes" under section 1915(g). Accordingly, on February 9, 2016, the Court issued an "Order to Show Cause Pursuant to 28 U.S.C. Section 1915(g)," ordering Plaintiff to show cause in writing why Plaintiff's IFP status should not be revoked and why the action should not be dismissed pursuant to 28 U.S.C. section 1915(g) unless Plaintiff presently paid the full filing fee. On March 30, 2016, Plaintiff filed a Response to the Order to Show Cause.

On April 14, 2016, the Court issued an "Order Revoking Plaintiff's In Forma Pauperis Status," revoking Plaintiff's <u>in forma pauperis</u> status pursuant to 28 U.S.C. section 1915(g), based on Plaintiff's prior dismissals qualifying as "strikes" under section 1915(g). The Court ordered Plaintiff to pay the full filing fee within twenty (20) days from the date of the Order if Plaintiff wished to pursue the action. The Court also advised Plaintiff that failure timely to pay the full filing fee could result in the dismissal of the action. Nevertheless, Plaintiff has failed to pay the full filing fee
///

within the allotted time.[1]

**ORDER**

For the foregoing reasons, the action is dismissed without prejudice for failure to pay the full filing fee in conformity with the Court's April 14, 2016 Order. See 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED: May 12, 2016.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] On April 26, 2016, Plaintiff's service copy of the "Order Denying Plaintiff's Request to Proceed In Forma Pauperis" was returned to the Court undelivered, with the notations "out of custody," "return to sender" and "unable to forward."